#60643

UNCLAIMED FUNDS

FILED
2010 JUN -3 PM 12: 33



JUNE 1, 2010

08-62849    CHARLES KNOPF
            GISELA KNOPF
            CREDITOR DID NOT CASH CHECK
            CHECK #428826 FOR $839.43
            WELLS FARGO HOME MTG
            MAC #X2501 –01D
            ONE HOME CAMPUS
            DES MOINES, IA  50328

09-61063    TIMOTHY TAYLOR
            KIMBERLY TAYLOR
            CREDITOR DID NOT CASH CHECK
            CHECK #428827 FOR $171.27
            WELLS FARGO HOME MTG
            MAC #X2501 –01D
            ONE HOME CAMPUS
            DES MOINES, IA  50328

09-63710    PETER ELDRED
            CREDITOR DID NOT CASH CHECK
            CHECK #428828 FOR $2,882.27
            MIDLAND MORTGAGE CO
            ATTN:  BANKRUPTCY DEPARTMENT
            999 NW GRAND BLVD #100
            OKLAHOMA CITY, OK  73118-8077

```
       0 · *

     839 · 43 +
     171 · 27 +
   2,882 · 27 +
   3,892 · 97 *
```